Reavis, Pogue, Neal & Rose, Washington, D. C., amicus curiæ.

**Albert E. LEUTHOLD, Superintendent of Banks, State of Montana, Helena, Montana, Security Bank, and Miners Bank of Montana, N. A., Appellants,**

v.

**William B. CAMP, Comptroller of the Currency, Appellee,**

**The First National Bank of Butte and Daly National Bank of Anaconda, Appellee-Intervenors.**

**No. 22202.**

United States Court of Appeals Ninth Circuit.

Jan. 21, 1969.

Before HAMLEY and CARTER, Circuit Judges, and FOLEY, District Judge *.

PER CURIAM:

On August 28, 1967, Judge Russell E. Smith, of the District of Montana, filed his Opinion and Order in Leuthold et al. v. Camp, 273 F.Supp. 695.

On the basis of the Opinion and Order of the District Judge and the case of Neusse v. Camp, 128 U.S.App.D.C. 172, 385 F.2d 694, decided October 4, 1967,[1] the judgment is affirmed.

John M. Schiltz (argued), of Hutton, Schiltz & Sheehy, Billings, Mont., Donald A. Garrity, Asst. Atty. Gen., Helena, Mont., Weber, Bosch & Kuhr, Havre, Mont., for appellant.

Alan S. Rosenthal, Washington, D. C. (argued), Edwin L. Weisl, Jr., Asst. Atty. Gen., Stephen R. Felson, Washington, D. C., Moody Brickett, U. S. Atty., Butte, Mont., for appellee.

John D. French (argued), of Faegre & Benson, Minneapolis, Minn., McKeon & Brolin, Anaconda, Mont., Johnson & Johnson, Butte, Mont., for intervenors.

Horace R. Hansen, of Hansen, Hazen, Dordell & Bradt, St. Paul, Minn., amicus curiae.

**William BLACKHURST, Appellant,**

v.

**E. I. du PONT de NEMOURS AND COMPANY, a Corporation, Appellee.**

**No. 12523.**

United States Court of Appeals Fourth Circuit.

Argued Oct. 30, 1968.

Decided Dec. 2, 1968.

---

* Honorable Roger D. Foley, District of Nevada, sitting by designation.

1. On the question of the State Superintendent of Bank's standing to sue, we note and approve the following language from Nuesse v. Camp. At page 700 of 385 F.2d, the Court stated:

"We should not be nigardly in guaging the interest of a state administrative officer in the validity of what his federal counterpart has done in an area of overlapping fact and intertwined law. We not only have the greater impetus to intervention that inheres in administrative cases, but in addition the 'interest' of the state commissioner is underlined by the circumstance that the regulation of national banking is an area in which Congress, in the exercise of delegated federal power, has for various policy reasons decided to adopt and incorporate state law on issues of common concern. This admixture of national and state policies, attaching national legal force to the state policy, yields the corollary that a state official directly concerned in effectuating the state policy has an 'interest' in a legal controversy involving the Comptroller which concerns the nature and protection of the state policy."

**500**

Rudolph L. DiTrapano, Charleston, W. Va. (Robert M. Harvey, Charleston, W. Va., on brief), for appellant.

Howard R. Klostermeyer, Charleston, W. Va., (W. Victor Ross, Charleston, W. Va., John Francis Lawless, Washington, D. C., and Spilman, Thomas, Battle & Klostermeyer, Charleston, W. Va., on brief), for appellee.

Before HAYNSWORTH, Chief Judge, and BOREMAN and WINTER, Circuit Judges.

PER CURIAM.

The judgment is affirmed on the opinion of the District Court. Blackhurst v. E. I. Du Pont De Nemours and Company, S.D.W.Va., 294 F.Supp. 128.

Affirmed.

■

**UNITED STATES of America, Appellant,**

v.

**PARKWAY TOWERS, INC., Appellee.**

No. 12703.

United States Court of Appeals Fourth Circuit.

Argued Dec. 3, 1968.

Decided Jan. 24, 1969.

Clyde O. Martz, Asst. Atty. Gen., Roger P. Marquis and Edmund B. Clark, Attys., Department of Justice, and Claude V. Spratley, Jr., U. S. Atty., and Alfred W. Swerksy, Asst. U. S. Atty., on brief, for appellant.

William L. Person, Jr., Williamsburg, J. R. Zepkin, Williamsburg, on brief), for appellee.

Before HAYNSWORTH, Chief Judge, and SOBELOFF and BRYAN, Circuit Judges.

PER CURIAM:

For the reasons stated in the memorandum of the District Court, D.C., E.D. Va., 282 F.Supp. 341, the judgment is affirmed.

Affirmed.

■

**John G. GARNER and Winnifred T. Garner, Petitioners,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 18621.

United States Court of Appeals Sixth Circuit.

June 17, 1968.

John G. Garner and Winnifred T. Garner, in pro. per.

Mitchell Rogovin, Asst. Atty. Gen., Lee A. Jackson, Atty., Tax Division, Department of Justice, Washington, D. C., Lester R. Uretz, Chief Counsel, Internal Revenue Service, Washington, D. C., for respondent.

Before EDWARDS, CELEBREZZE and PECK, Circuit Judges.

ORDER

Respondent's motion to dismiss is granted in all particulars for the reasons set forth in the memorandum of the Tax Court, except as it pertains to the motion to hold attorney Coxe in contempt. As to that motion, the court on its own motion affirms the disposition of the Tax Court under Rule 8 of the United States Court of Appeals for the Sixth Circuit for the reasons set forth in the memorandum of the Tax Court.